# OVED & OVED
ATTORNEYS

July 25, 2023

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

> Application granted. The briefing deadlines are hereby adjourned sine die.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> July 26, 2023

Re: *Pretty Girl, Inc. v. NEDM Payables Corp.*, No. 22-cv-10636-RA
*Pretty Girl, Inc. v. NEDM R.E. Corp.*, No. 22-cv-10642-RA

Dear Judge Abrams:

We are counsel for NEDM Payables Corp. and NEDM R.E. Corp., appellants in the above-captioned appeals (collectively, "Appellants"). We write jointly with counsel to Appellee to advise the Court that the parties have reached a settlement that, subject to approval by the bankruptcy court, will resolve the above-referenced appeals. The parties have memorialized the proposed settlement, and the bankruptcy court has set a hearing on the Appellee's motion seeking approval of the settlement pursuant to Federal Rule of Bankruptcy Procedure 9019 for August 17, 2023.

In the interim, and pursuant to Rule 1(D) of Your Honor's Individual Rules & Practices in Civil Cases, the parties respectfully request that the Court (i) adjourn Appellants' deadline to file their opening briefs and the appendices thereto, currently scheduled for August 1, 2023, *sine die*; and (ii) voluntarily refrain from taking any other action with respect to these appeals for 60 days so as to permit sufficient time for Appellants' motion to approve the settlement be decided.

We thank the Court for its attention to this matter, and the parties are available to provide any additional information that may be useful to the Court.

Respectfully submitted,

Andrew L. Kincaid

cc: All counsel of record (via ECF)